HAROLD WATTS, A MINOR, BY HIS NEXT FRIEND, FRANK L. WATTS, v. CHARLES R. CARTEE AND BLUE BIRD TAXI COMPANY OF ASHE- VILLE, INC.

(Filed 28 February, 1951.)

APPEAL by defendants from *Patton, Special Judge,* August Term, 1950, of BUNCOMBE. No error.

This was an action to recover damages for a personal injury alleged to have been caused by the negligence of the defendants.

The evidence tended to show that on the night of 11 July, 1949, the plaintiff, then thirteen years of age, was riding a bicycle traveling east on Haywood Road in the City of Asheville when and where he was struck and injured by a taxicab traveling in the opposite direction, the cab belonging to defendant Taxi Company and being driven by defendant Cartee, an employee of his codefendant. There was verdict and judgment for plaintiff, and defendants appealed.

*Horton & Horton and Joseph B. Huff for plaintiff, appellee.*

*Smathers & Meekins for defendants, appellants.*

PER CURIAM. The only assignment of error brought forward by the defendants' appeal is the refusal of the court to allow their motion for judgment of nonsuit. An examination of the evidence shown by the record leads us to the conclusion that it was sufficient to withstand a motion for nonsuit, and that the case was properly submitted to the jury.

In the trial we find

No error.